XAVIER BECERRA, State Bar No. 118517
Attorney General of California
DAVID J. NEILL, State Bar No. 186997
Supervising Deputy Attorney General
MATTHEW T. BESMER, State Bar No. 269138
Deputy Attorney General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (559) 477-1680
 Fax: (559) 445-5106
 E-mail: Matthew.Besmer@doj.ca.gov
*Attorneys for Defendants California Military Department, Major General Baldwin, and Colonel Kaufman*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRACIELA CONTRERAS,** | 2:14-CV-1282-KJM-KJN-PS |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE ON MOTIONS TO DISMISS; AND** |
| v. | |
| | **ORDER** |
| **ROBERT M. SPEER, ACTING SECRETARY OF THE U.S. ARMY, ET AL.** | |
| Defendants. | Trial Date: None Set<br>Action Filed: May 27, 2014 |

On June 23, 2017, the State Defendants filed a motion to dismiss and scheduled the hearing on September 6, 2017. ECF No. 47. On July 7, 2017, the Federal Defendants filed a motion to dismiss and scheduled the hearing on September 13, 2017. ECF No. 54. On July 20, 2017, the Court issued a minute order continuing the State Defendants' motion to dismiss to September 13, 2017. ECF No. 57. On August 11, 2017, the Court issued a minute order relating this case to the case denominated as 2:13-cv-01440 KJM KJN and 2:14-cv-01820 KJM KJN. ECF No. 58. The Court reassigned this case to the Honorable Kimberly J. Mueller, United States

1

District Court Judge. *Id.* Also on August 11, 2017, the Court continued the hearing on the pending motions to dismiss to September 28, 2017. ECF No. 60.

Counsel for the State Defendants is out of the country from approximately September 8, 2017, through approximately September 23, 2017. As a result, counsel for the state defendants will be unable to timely prepare a reply brief for the hearing currently scheduled for September 28, 2017. Based on their respective schedules, the parties stipulate as follows:

1. The State Defendants' motion to dismiss (ECF No. 47) and the Federal Defendants' motion to dismiss (ECF No. 54) will be heard on October 26, 2017 at 10:00 a.m. in Courtroom 25.

2. Opposition briefs will be due on or before October 5, 2017. Reply briefs will be due on or before October 19, 2017.

**IT IS SO STIPULATED.**

Dated: August 18, 2017

    XAVIER BECERRA
    Attorney General of California
    DAVID J. NEILL
    Supervising Deputy Attorney General

    *s/ Matthew T. Besmer*

    MATTHEW T. BESMER
    Deputy Attorney General
    *Attorneys for Defendants California Military Department, Major General Baldwin, and Colonel Kaufman*

Dated: August _21_, 2017                PHILLIP A. TALBERT
                                        United States Attorney

                                        */s/ Chi Soo Kim*

                                        CHI SOO KIM
                                        Assistant United Attorney


Dated: August _19_, 2017

                                        */s/ Graciela Contreras*

                                        _____
                                        GRACIELA CONTRERAS,
                                        *Plaintiff, In Propia Persona*

**ORDER**

With good cause appearing on the parties' Stipulation to Continue Hearing Date on Motions to Dismiss, it is hereby ORDERED that the defendants' motions to dismiss (ECF Nos. 47 and 54) shall be heard on October 26, 2017, at 10:00 a.m., in Courtroom 25. Opposition briefs will be due on or before October 5, 2017. Reply briefs will be due on or before October 19, 2017.

**IT IS SO ORDERED.**

Dated: August 23, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE