UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA M. CONTRERAS,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL GUARD BUREAU, et al.,<br><br>Defendants. | No. 2:14-cv-01282-KJM-KJN<br><br><br><br>ORDER |

Plaintiff, proceeding without counsel, filed this action on May 27, 2014. (ECF No. 1.) Presently pending before this court are defendants' motions to dismiss. (ECF Nos. 47, 50, 54.) On October 2, 2017, licensed attorney Arnold D. Samuel entered a notice of appearance on behalf of plaintiff. (ECF No. 66.) As such, plaintiff is no longer proceeding without counsel.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's substitution of counsel (ECF No. 66) is APPROVED.
2. Because neither all plaintiffs nor all defendants are proceeding without counsel after the substitution of plaintiff's counsel, this action is REFERRED to the assigned district judge for all further proceedings, except for discovery motions and matters otherwise appropriately referred to the assigned magistrate judge under the court's

1

Local Rules.

3. All dates presently scheduled before Judge Newman, including the October 26, 2017 hearing (ECF No. 64) on defendants' motions to dismiss (ECF Nos. 47, 50, 54), are VACATED.

IT IS SO ORDERED.

Dated: October 4, 2017

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

14/14-1282. Contreras v. National Gaurd. Order Referring to DJ