1  PHILLIP A. TALBERT
   United States Attorney
2  CHI SOO KIM
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Federal Defendants
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10 GRACIELA M. CONTRERAS,                    CASE NO. 2:14-CV-01282 KJM-KJN

11                         Plaintiff,        **NOTICE OF SUBSTITUTION OF DEFENDANT
                                             AND ORDER**
12              v.

13 RYAN D. MCCARTHY, ACTING
   SECRETARY OF THE DEPARTMENT OF
14 THE ARMY,

15                         Defendant.

16

17      NOTICE IS HEREBY GIVEN that Ryan D. McCarthy is the Acting Secretary of the Department

18 of the Army, and pursuant to Fed. R. Civ. P. 26 (d) (1), Ryan D. McCarthy is substituted as defendant

19 for John M. McHugh and Robert M. Speer, and all further proceedings in this action "shall be in the

20 name of the substituted party."

21                                           Respectfully Submitted,

22
   Dated: November 15, 2017                  PHILLIP A. TALBERT
23                                           United States Attorney

24
                                       By:   /s/ *Chi Soo Kim*
25                                           Chi Soo Kim
                                             Assistant United States Attorney
26

27

28

                                                                                    1

**ORDER**

IT IS SO ORDERED.

DATED:  November 22, 2017.

_____
UNITED STATES DISTRICT JUDGE

2