PHILLIP A. TALBERT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA M. CONTRERAS,<br><br>  Plaintiff,<br><br>  v.<br><br>MARK T. ESPER, SECRETARY OF THE UNITED STATES ARMY, et al.,<br><br>  Defendants. | CASE NO. 2:14-CV-01282 KJM-KJN<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER** |

NOTICE IS HEREBY GIVEN that Dr. Mark T. Esper was sworn in as the Secretary of the United States Army on November 20, 2017, and pursuant to Fed. R. Civ. P. 26 (d) (1), Dr. Mark T. Esper is substituted as defendant for Ryan D. McCarthy, and all further proceedings in this action "shall be in the name of the substituted party."

Respectfully Submitted,

Dated: November 24, 2017  PHILLIP A. TALBERT
United States Attorney

By: /s/ *Chi Soo Kim*
Chi Soo Kim
Assistant United States Attorney

NOTICE OF SUBSTITUITION OF DEFENDANT AND [PROPOSED] ORDER
*Contreras v. Esper, et al.,* Case No. 2:14-cv-1282 KJM-KJN ("*Contreras III*")

1

**ORDER**

IT IS SO ORDERED.

DATED: November 29, 2017.

_____
UNITED STATES DISTRICT JUDGE

2

NOTICE OF SUBSTITUITION OF DEFENDANT AND [PROPOSED] ORDER
*Contreras v. Esper, et al.,* Case No. 2:14-cv-1282 KJM-KJN ("*Contreras III*")