1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  CELINE M. COOPER, State Bar No. 167902
   Supervising Deputy Attorney General
3    600 West Broadway, Suite 1800
     San Diego, CA 92101
4    P.O. Box 85266
     San Diego, CA 92186-5266
5    Telephone: (619) 738-9527
     Fax: (619) 645-2581
6    E-mail: Celine.Cooper@doj.ca.gov
   *Attorneys for Defendant*
7  *Governor Edmund J. Brown*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRACIELA CONTRERAS,** | 2:14-CV-1282--KJM-KJN |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE THE STATUS (PRETRIAL SCHEDULING) CONFERENCE; ORDER** |
| v. | |
| **JOHN M. MCHUGH, ET AL.** | Date: January 26, 2018<br>Time: 10:00 a.m.<br>Courtroom: 3 |
| Defendants. | Judge: The Honorable Kimberly J. Mueller<br>Trial Date: None Set<br>Action Filed: May 27, 2014 |

The parties jointly request and stipulate that the Status (Pretrial Scheduling) Conference currently set for January 26, 2018, be continued until after the Court rules on the three pending Motions to Dismiss also set for January 26, 2018.

**RELEVANT PROCEDURAL FACTS**

Plaintiff Graciella Contreras filed her initial complaint pro se on May 27, 2014, a "supplemental" on June 23, 2014, and a First Amended Complaint on August 17, 2015 [ECF Nos. 1, 3, 9]. Summonses were issued and served between January 2017 and July 2017 [ECF Nos. 13-14, 17-32, 36-37, 39, 41-46, 52-53].

1

On June 23, 2017, the STATE DEFENDANTS[1] filed a Motion to Dismiss [ECF No. 47] Plaintiff's First Amended Complaint. On June 26, 2017, GOVERNOR BROWN separately filed a Motion to Dismiss [ECF Nos. 50, 51] and both motions were set for hearing on September 6, 2017. On July 7, 2017, the FEDERAL DEFENDANTS filed a motion to dismiss with a September 13, 2017, hearing date [ECF No. 54] and on July 20, 2017, the Court continued GOVERNOR BROWN'S and the STATE DEFENDANTS' motion to September 13, 2017 [ECF No. 57].

On August 11, 2017, because this matter was related to the prior Contreras lawsuits, it was reassigned to Magistrate Judge Kendall J. Newman, who reset all three motions to dismiss to September 28, 2017 [ECF Nos. 58, 60, 61]. On August 23, 2017, the STATE and FEDERAL DEFENDANTS' motions were continued to October 26, 2017, by stipulation and order because of the unavailability of counsel on the new hearing date [ECF No. 63]. On the same date and on its own motion, the Court continued GOVERNOR BROWN'S motion to October 26, 2017 [ECF No. 64].

Plaintiff subsequently retained counsel and on October 2, 2017, Plaintiff's counsel appeared in the case for the first time [ECF No. 66] and on October 4, 2017, all hearing dates were vacated pending referral to District Judge Kimberly J. Mueller [ECF No. 67]. On October 5, 2017, District Judge Mueller set a Status (Pretrial Scheduling) Conference for January 4, 2018 (ECF No. 68]. On October 12, 2017, the Court granted the parties' request to reset the three motions to dismiss to January 26, 2018, to allow Plaintiff's new counsel time to get up to speed on the case [ECF No. 71]. On October 17, 2017, on the Court's own motion, the Status (Pretrial Scheduling) Conference set for January 4, 2018 was vacated and reset for

---

[1] The STATE DEFENDANTS are the California Military Department, Kevin Ellsworth, David Kauffman, and Anni Loeb, but do not include GOVERNOR BROWN.

January 28, 2018 [ECF No. 72].  On November 13, 2017, the Court admitted Plaintiff's second counsel, Rodney Williams, pro hac vice [ECF No. 74].

On December 4, 2017, Plaintiff filed separate oppositions to the motion to dismiss of the STATE DEFENDANTS [ECF No. 83] and to the FEDERAL DEFENDANTS [ECF No. 94], but did not file and serve an opposition to GOVERNOR BROWN'S motion to dismiss.  Each Defendant filed a reply [ECF 85, 87, 88].  The Motions to Dismiss are all set to be heard on January 26, 2018, the same date as the Status (Pretrial Scheduling) Conference [ECF Nos. 71, 72].

## REASONS FOR CONTINUANCE

For a variety of reasons, including unavailability of counsel, multiple judicial reassignments, and Plaintiff's retention of counsel, the hearing on Defendants' respective Motions to Dismiss has been continued several times from September 13, 2017 to the current date of January 26, 2018, the same date as the Status (Pretrial Scheduling) Conference.  The parties met and conferred on January 8, 2018, pursuant to Rule 26, and agreed that it would be more efficient to conduct the Rule 26 meeting of counsel and the subsequent Status (Pretrial Scheduling) Conference *after* the Court rules on the pending Motions to Dismiss because if granted, even in part, the motions have the potential to eliminate at some of the thirty (30) named defendants and thirteen (13) causes of action from the lawsuit.

**THE PARTIES REQUEST AND STIPULATE THAT:**

1. The Status (Pretrial Scheduling) Conference currently scheduled for January 26, 2018, be continued to a date to be determined after the Court rules on the three Motions to Dismiss currently set for January 26, 2018.

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

Dated: January 11, 2018          XAVIER BECERRA
Attorney General of California

/s/ Celine M. Cooper

CELINE M. COOPER
Supervising Deputy Attorney General
Attorneys for Defendant
Governor Edmund J. Brown

Dated: January 11, 2018          XAVIER BECERRA
Attorney General of California
DAVID J. NEILL
Supervising Deputy Attorney General

/s/ Matthew T. Besmer

MATTHEW T. BESMER
Deputy Attorney General
Attorneys for State Defendants (excluding Brown)

Dated: January 11, 2018          PHILLIP A. TALBERT
United States Attorney

/s/ Cho Soo Kim

CHI SOO KIM
Assistant United Attorney
Attorneys for Federal Defendants

Dated: January 11, 2018          RODNEY WILLIAMS
ARNOLD D. SAMUEL

/s/ Rodney Williams

RODNEY WILLIAMS
Attorneys for Plaintiff

**ORDER**

With good cause appearing on the parties' Stipulation to Continue the Status (Pretrial Scheduling) Conference, it is hereby ORDERED that the Status (Pretrial Scheduling) Conference presently scheduled for January 26, 2018 at 10:00, be continued to a date to be determined after the three pending Motions to Dismiss are ruled on.

**IT IS SO ORDERED.**

DATED: January 17, 2018.

_____
UNITED STATES DISTRICT JUDGE