UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| GRACIELA CONTRERAS, | 2:14-CV-01282-KJM-KJN |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| MARK T. ESPER, SECRETARY OF THE U.S. ARMY, | |
| Defendant. | |

After considering the parties' joint stipulation, ECF No. 100, the court sets the following briefing and hearing schedule for defendant's motion for summary judgment:

| | |
|---|---|
| Defendant's motion for summary judgment | December 3, 2018 |
| Plaintiff's opposition | December 21, 2018 |
| Defendant's Reply | January 11, 2019 |
| Hearing | February 8, 2019 at 10:00 a.m. |

IT IS SO ORDERED.

DATED: August 21, 2018.

_____
UNITED STATES DISTRICT JUDGE

1