1  McGREGOR W. SCOTT
   United States Attorney
2  CHI SOO KIM
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Mark T. Esper,
6  Secretary of the United States Army

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| GRACIELA CONTRERAS, | Case No. 2:14-CV-01282-KJM-KJN |
|---|---|
| Plaintiff, | **JOINT STIPULATION REGARDING MODIFICATION TO SUMMARY JUDGMENT BRIEFING SCHEDULE AND ORDER** |
| v. | |
| MARK T. ESPER, SECRETARY OF THE U.S. ARMY, | |
| Defendant. | |

Plaintiff Graciela Contreras and Defendant Mark Esper, Secretary of the United States Army, by and through their counsel, stipulate and respectfully request that the deadline for Defendant's reply in support of his motion for summary judgment be extended from January 11, 2019 to February 8, 2019, and that the hearing be continued from February 8, 2019 to March 8, 2019. *See* 8/21/2018 Order [ECF No. 101]. There is good cause to modify the schedule because defense counsel is scheduled to begin a jury trial on January 7, 2019 with an anticipated completion date of January 23, 2019.

The parties, by and through their counsel, stipulate and respectfully request the following modification to the current schedule:

|  | Current | Proposed |
|---|---|---|
| Defendant's Reply | January 11, 2019 | February 8, 2019 |
| Hearing | February 8, 2019 | March 8, 2019<br>(Plaintiff's counsel to appear by telephone) |

*Contreras v. Esper*, No. 2:14-cv-01282 KMJ-KJN ("*Contreras 3*")                                    1
JOINT STIPULATION RE: MODIFICATION TO SUMM. JUDGT BRIEFING SCHEDULE AND ORDER

1  The parties also stipulate to Plaintiff's request to appear telephonically at the March 8, 2019 hearing.

Respectfully submitted,

DATED: December 11, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Chi Soo Kim*

---

CHI SOO KIM
Assistant United States Attorney
Attorneys for Defendant Mark T. Esper

DATED: December 11, 2018          */s/ Rodney Williams*     (auth'd 12/11/18)

---

RODNEY WILLIAMS
Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATED: December 18, 2018.

_____
UNITED STATES DISTRICT JUDGE