| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | McGREGOR W. SCOTT<br>United States Attorney<br>CHI SOO KIM<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900<br><br>Attorneys for Mark T. Esper,<br>Secretary of the United States Army |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA CONTRERAS,<br><br>                    Plaintiff,<br><br>     v.<br><br>MARK T. ESPER, SECRETARY OF THE U.S. ARMY,<br><br>                    Defendant. | Case No. 2:14-CV-01282-KJM-KJN<br><br>**JOINT STIPULATION REGARDING MODIFICATION TO SUMMARY JUDGMENT BRIEFING SCHEDULE AND ORDER** |

Plaintiff Graciela Contreras and Defendant Mark Esper, Secretary of the United States Army, by and through their counsel, stipulate and respectfully request that the deadline for Defendant's reply in support of his motion for summary judgment be extended from February 8, 2019 to March 8, 2019, and that the hearing be continued from March 8, 2019 to March 22, 2019. *See* 12/18/2018 Order [ECF No. 106]. There is good cause to modify the schedule due to the lapse in appropriations that began at the end of the day on December 21, 2018 and continued until January 25, 2019, during which time work on civil cases such as this one was prohibited. In addition, undersigned defense counsel was in a jury trial that began on January 10, 2019 and completed on January 28, 2019.

/ / /

/ / /

*Contreras v. Esper*, No. 2:14-cv-01282 KMJ-KJN ("*Contreras 3*")     1
JOINT STIPULATION RE: MODIFICATION TO SUMM. JUDGT BRIEFING SCHEDULE AND ORDER

The parties, by and through their counsel, stipulate and respectfully request the following modification to the current schedule:

|  | Current | Proposed |
|---|---|---|
| Defendant's Reply | February 8, 2019 | March 8, 2019 |
| Hearing | March 8, 2019 | March 22, 2019 at 10:00 a.m. (Plaintiff's counsel to appear by telephone) |

The parties also stipulate to Plaintiff's request to appear telephonically at the hearing.

Respectfully submitted,

DATED: January 31, 2019

McGREGOR W. SCOTT
United States Attorney

*/s/ Chi Soo Kim*

CHI SOO KIM
Assistant United States Attorney
Attorneys for Defendant Mark T. Esper

DATED: January 31, 2019    */s/ Rodney Williams*    (auth'd 1/31/2019)

RODNEY WILLIAMS
Attorneys for Plaintiff

**ORDER**

The court ADOPTS in part the parties' stipulation as to the summary judgment schedule: defendant's reply is due February 8, 2019 and the court will hear the motion on March 22, 2019 at 10:00 a.m. Absent good cause, however, the court requires personal appearance at motion hearings and therefore DECLINES to adopt the parties' stipulation for plaintiff's counsel to appear by phone.

*/////*

**IT IS SO ORDERED.**

DATED: February 4, 2019.

_____
UNITED STATES DISTRICT JUDGE