UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA M. CONTRERAS,<br><br>Plaintiff,<br><br>v.<br><br>MARK T. ESPER, SECRETARY OF THE U.S. ARMY,<br><br>Defendant. | Case No. 2:14-cv-01282-KJM-KJN<br><br><br><br>ORDER |

The court's February 5, 2019 order, ECF No. 112, contains a typographical error. The court now AMENDS the order, replacing "defendant's reply is due February 8, 2019" with "defendant's reply is due March 8, 2019." This amendment does not modify any other portion of the order.

IT IS SO ORDERED.

DATED: February 5, 2019.

_____
UNITED STATES DISTRICT JUDGE

1