McGREGOR W. SCOTT
United States Attorney
CHI SOO KIM
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Mark T. Esper,
Secretary of the United States Army

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA CONTRERAS,<br><br>      Plaintiff,<br><br>  v.<br><br>MARK T. ESPER, SECRETARY OF THE U.S. ARMY,<br><br>      Defendant. | Case No. 2:14-CV-01282-KJM-KJN<br><br>**JOINT STIPULATION AND ORDER TO SUBMIT PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD ON THE PAPERS AND TO VACATE THE HEARING DATE** [ECF NO. 118] |

Plaintiff Graciela Contreras and Defendant Mark Esper, Secretary of the United States Army, by and through their counsel, stipulate and respectfully request that Plaintiff's motion to supplement the record in opposition to summary judgment be submitted on the papers; the currently noticed hearing date of May 31, 2019 to be vacated; and the briefing schedule to remain on the currently set schedule. [ECF No. 118] Undersigned defense counsel is traveling out of state and not available on May 31, 2019, the currently noticed hearing date, and the next available hearing date for which the parties are available is August 23, 2019. The current briefing schedule would remain in place:

| | Current | Proposed |
|---|---|---|
| Defendant's Opposition | May 17, 2019 | no change |
| Plaintiff's Reply | May 24, 2019 | no change |
| Hearing | May 31, 2019 | vacated, submitted on the briefs |

*Contreras v. Esper*, No. 2:14-cv-01282 KMJ-KJN ("*Contreras 3*")               1
JOINT STIPULATION AND ORDER TO SUBMIT PLAINTIFF'S MOTION AND VACATE HEARING

Respectfully submitted,

DATED: April 18, 2019

McGREGOR W. SCOTT
United States Attorney

*/s/ Chi Soo Kim*

CHI SOO KIM
Assistant United States Attorney
Attorneys for Defendant Mark T. Esper

DATED: April 18, 2019                    */s/ Rodney Williams*     (auth'd 4/18/2019)

RODNEY WILLIAMS
Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

DATED: May 1, 2019.

_____
UNITED STATES DISTRICT JUDGE